UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | No. 2:19-cv-0012-KJM-DB P<br><br><br><br>ORDER |

On November 18, 2020, this action was closed following receipt of petitioner's notice of voluntary dismissal. On that same day, Respondent filed a motion to dismiss. Because the petition has already been dismissed and this case closed, IT IS HEREBY ORDERED that the Clerk of Court shall term Respondent's motion to dismiss (ECF No. 25).

Dated: November 30, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/azev0012.mtd

1